# In the United States Bankruptcy Court for the District of Maryland

| | |
|---|---|
| In re:<br><br>**CARMEN MATTHEWS** *and*<br>**ROWAN MATTHEWS,**<br><br>*Debtors.* | Case No. 18-2-5500 TJC<br><br>Chapter 13<br><br>**CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN** |

*Select Section 1, A, B, or C, and complete Sections 2 and 3 if applicable, even if Section 1(A) is selected.*

1.   (Select A, B, or C):

☐   A.   This is an original plan, filed concurrently with the Petition, which will be mailed by the Clerk to all creditors on the Matrix. [*THIS OPTION MAY ONLY BE USED WHEN THE PLAN IS FILED WITH THE PETITION*]

☐   B.   AMENDED PLANS ONLY INCREASING PAYMENTS: The Amended Chapter 13 Plan ☐ filed herewith /☐ filed on [date], makes no changes from the last previously-filed plan other than to increase the amount payable under the plan. In such event, no service is required.

☒   C.   ALL OTHER PLANS: This is to certify that on the 28th day of December, 2018, I caused (i) the Chapter 13 Plan ☒ filed herewith /☐ filed on [date], and (ii) if applicable, the Order Denying Confirmation With Leave to Amend, to be mailed by first class mail, postage prepaid, to all addresses on the attached matrix or list. (If any parties on the matrix were served by CM/ECF instead of by mail, so indicate on the matrix with the email address served as indicated on the CM/ECF Notice of Electronic Filing).

**AND**

*Check and complete Section 2 and Section 3 if liens are proposed to be valued or avoided through the Plan.*

2.   ☐ I caused the Chapter 13 Plan ☐ filed herewith /☐ filed on[date] to be served pursuant to Bankruptcy Rule 7004 on the following creditor whose lien is proposed to be impacted by the Plan (and not by separate motion) under Plan Paragraph 5.1 or 5.3. State address served and method of service. See Bankruptcy Rule 7004(h) if the party served is an insured depository institution. Attach separate sheets or repeat this paragraph for each such creditor served.

Name of Creditor:
Name Served:
Capacity (Resident Agent, Officer, etc.):
Address:
City, State, Zip:
Method of Service: Certified Mail, Return Receipt Requested
Date Served:

THE WEISS LAW GROUP, LLC
6404 IVY LANE SUITE 650
GREENBELT, MD 20770
(301) 924–4400

**AND** Select A or B:

A.  ☐ A proof of claim has been filed with respect to the lien or claim at issue prior to service of the Plan. I also mailed a copy of the Plan and supporting documents under Section 3 below to the claimant at the name and address where notices should be sent as shown on the proof of claim.

B.  ☐ No proof of claim has been filed for the lien or claim at issue.

3.  ☐ Along with each copy of the Plan served under Section 2, I included copies of documentation supporting Debtor's entitlement to the relief sought in Plan Paragraph 5.1 or 5.3 with respect to that creditor (for example, documents establishing the value of the property and the amount of any prior liens and the lien at issue), which I have also filed with the Court as a supplement to the Plan. *This supplemental material need not be served with the plan on all creditors, only on affected secured creditors.*

☐ This is an amended Plan and the documentation supporting Debtor's entitlement to the relief sought in Plan Paragraph 5.1 or 5.3 has been previously served and filed as ECF docket entry _____.

**I HEREBY CERTIFY** that the foregoing is true and correct.

Date: December 28, 2018                    Respectfully Submitted,

                                           THE WEISS LAW GROUP, LLC


                                           By:    /s/ Brett Weiss
                                           BRETT WEISS, #02980
                                           6404 Ivy Lane, Suite 650
                                           Greenbelt, Maryland 20770
                                           (301) 924-4400
                                           brett@BankruptcyLawMaryland.com

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

State of Maryland
Comptroller of the Currency
Compliance Division, Room 409
301 West Preston Street
Baltimore, MD 21201

Amazon
PO Box 981400
El Paso, TX 79998

Ameriloan
522 14th St.
Box 130
Ponca City, OK 74601

ARM
PO Box 129
Thorofare, NJ 08086

Associated Credit Services
115 Flanders Rd. Ste. 140
Westborough, MA 01581

Bank Of America, N.A.
100 North Tryon Street
Charlotte, NC 28255

BB&T Loan Services
P.O. Box 2306
Wilson, NC 27894

Caine & Weiner
P.O. Box 5010
Woodland Hills, CA 91365

Capital One Bank
PO Box 85015
Richmond, VA 23285-5015

Cashnet USA
200 W Jackson Blvd
Chicago, IL 60606-6910

Children's National Medical Center
111 Michigan Avenue, NW
Washington, DC 20010

Convergent
800 SW 39th St.
PO Box 9004
Renton, WA 98057

Credit Collection Services
2 Wells Ave
Newton, MA 02459-3210

DirecTV
PO Box 6550
Englewood, CO 80155-6550

Energy FCU
5 Choke Cherry rd
Rockville, MD 20850

EOS CCA
700 Longwater Dr
Norwell, MA 02061

First Premier Bank
PO Box 5524
Sioux Falls, SD 57117-5524

Fradkin and Weber
200 E Joppa Rd Ste 301
Towson, MD 21286-3108

Geico Insurance
1 Geico Plaza
Bethesda, MD 20810-0001

Harley Davidson Financial
4150 Technology Way
Carson City, NV 89706

Harris & Harris
111 W. Jackson Blvd Suite 400
Chicago, IL 60604

Helfrich & Delozier
4000 Mitchellville Rd Ste 416
Bowie, MD 20716-3104

IRG
PO Box 23892
Portland, OR 97223

LabCorp
PO Box 8011
Burlington, NC 27216-8011

M&T Bank
PO Box 4091
Buffalo, NY 14240-4091

Maredith LLC
204 Washington Ave. #102B
La Plata, MD 20646

Montgomery Ward's
1112 7th Avenue
Monroe, WI 53566

Mr. Cooper
PO Box 619098
Dallas, TX 75261

Nathan D. Willner, Esq.
Lyons Doughty Veldhuis
PO Box 1269
Mount Laurel, NJ 08054-7269

National Rehabilitation Hospital
PO Box 43606
Washington, DC 20010

Navy FCU
PO Box 3302
Merrifield, VA 22119-3302

NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044

Nelson Watson & Assoc.
80 Merrimack St., Lower Level
Haverhill, MA 01830

Northway Financial
200-15225 104 Avenue
Surrey, BC Canada V3R 6Y8

Orchard Bank
PO Box 19268
Portland, OR 97280-0268

Orlans, PC
PO Box 2548
Leesburg, VA 20177

Payday Max
1712 Pioneer Ave. #1410
Cheyenne, WY 82001

PGEFCU
PO Box 1166
Upper Marlboro, MD 20773-1166

PNC Bank
2730 Liberty Ave
Pittsburgh, PA 15222-4704

Prestige Financial Services
PO Box 26707
Salt Lake City, UT 84126-0707

Prince George's Community Federal Credit
c/o Silverman Theologow, LLP
11200 Rockville Pike #520
Rockville, MD 20852

Receivables Performance Mgmt
44th Ave W
Lynnwood, WA 98036

RSC
PO Box 5508
Sioux Falls, SD 57117

Safeco/Liberty Mutual
c/o Brount Joseph

Seventh Avenue
1112 7th Ave
Monroe, WI 53566-1364

Sheffield Neighborhood Ass'n, Inc.
c/o Stephen H. Helfrich, Esq.
4000 Mitchellville Road, #416
Bowie, MD 20716

State Of Maryland CCU
300 W Preston St
Baltimore, MD 21201-2308

Suntrust Bank
303 Peachtreet St, N.E.
Atlanta, GA 30308

Target National Bank
PO Box 673
Minneapolis, MN 55440-0673

TD Bank, N.A.
1701 Route 70 East
Cherry Hill, NJ 08034

TRS Recovery Services Inc.
14141 SW Freeway
Sugar Land, TX 77478

Unique Sports Academy
109 Post Office Road
Waldorf, MD 20602

University of Maryland Charles Regional
701 East Charles St.
PO Box 1070
La Plata, MD 20646

US Fast Cash
PO Box 111
Miami, OK 74355

Verizon
Bankruptcy Department
404 Brock Dr
Bloomington, IL 61701-2654

Village Green LLN
2111 Thesis Circle
Raleigh, NC 27603

Vince Enterprise
c/o Bennett Law Group
10542 S. Jordan Gateway # 200
South Jordan, UT 84095

Virginia Employment Commission
PO Box 26971
Richmond, VA 23261-6971

World Gym
c/o Bennett Law Group
10542 South Jackson Gateway #200
South Jordan, UT 84095